

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1514-JAH |
| Plaintiff, | ) ) | **I N F O R M A T I O N** |
| v. | ) ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found |
| LUIS PAREDES, | ) ) | in the United States (Felony) |
| Defendant. | ) ) | |

The United States Attorney charges:

On or about April 13, 2008, within the Southern District of California, defendant LUIS PAREDES, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: May 13, 2008 .

                                       KAREN P. HEWITT
                                       United States Attorney

                                       CARLA J. BRESSLER
                                       Assistant U.S. Attorney

CJB:kmm:San Diego
4/27/08