AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
MAY 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| LUIS PAREDES | CASE NUMBER: 08CR1514-JAH |

I, LUIS PAREDES, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-13-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

5-13-08  LP
_____
Defendant

Bridgit Kennedy for Hanni Fakouri
_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER